RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
*Attorneys for Defendant, State Farm*
*Mutual Automobile Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| XIANG HUANG,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I through XX and ROE CORPORATIONS through X, Inclusive,<br><br>Defendants. | Case No: 2:15-cv-00845-RFB-CWH |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between CINEMA I. GREENBERG, ESQ., of the LIN LAW GROUP, attorneys for Plaintiff, XIANG HUANG, and MATTHEW J. WAGNER, ESQ., of the law firm of DENNETT WINSPEAR, LLP, attorneys for Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, that the within matter be dismissed, with prejudice,

///

///

///

///

///

///

///

each party to bear their own attorneys' fees and costs.

DATED: 4/20/18

**LIN LAW GROUP**

By /s/ Michael M. Lin
MICHAEL M. LIN, ESQ.
Nevada Bar No. 10392
CINEMA I. GREENBERG, ESQ.
Nevada Bar No. 8477
5288 Spring Mountain Rd., Suite 103
Las Vegas, Nevada 89146
Telephone: (702) 871-9888
Facsimile: (702) 648-0888
*Attorneys for Plaintiff,*
*Xiang Huang*

DATED: May 5, 2016

**DENNETT WINSPEAR, LLP**

By /s/ Matt
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
MATTHEW J. WAGNER, ESQ.
Nevada Bar No. 011311
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
*Attorneys for Defendant,*
*State Farm Mutual Automobile*
*Insurance Company*

## ORDER

UPON STIPULATION of counsel and good cause appearing,

IT IS SO ORDERED.

DATED: May 9, 2016

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Submitted by:

**DENNETT WINSPEAR, LLP**

By /s/ Matt
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
MATTHEW J. WAGNER, ESQ.
Nevada Bar No. 011311
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
*Attorneys for Defendant, State Farm*
*Mutual Automobile Insurance Company*